USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
                 -against-             :    25-CR-46 (VEC)
:
BARNEY HENRY,                                :    ORDER
:
                 Defendant.          :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 6, 2025, Defendant was indicted for violating 18 U.S.C. § 922(g)(1), *see* Dkt. 15;

      IT IS HEREBY ORDERED that the parties must appear for an initial conference and arraignment on **Monday, February 10, 2025, at 10:30 A.M.**  The proceeding will be held in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Date:  February 7, 2025**
**New York, NY**

                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**