```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
             -against-                                       :    25-CR-46 (VEC)
                                                             :
BARNEY HENRY,                                                :    ORDER
                                                             :
                           Defendant.                        :
                                                             :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 10, 2025, the parties appeared before the Court for an initial conference and arraignment;

IT IS HEREBY ORDERED that the parties must appear for a status conference on **Friday, March 7, 2025, at 10:30 A.M.** The proceeding will be held in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that time is excluded for the period between February 10, 2025, and March 7, 2025, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice are served by allowing time for the Defendant's counsel to consult and review discovery, and those interests outweigh the interest of the public and the Defendant in a speedy trial.

**SO ORDERED.**

**Date: February 10, 2025**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**