USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                       :
:
                -against-                              :       25-CR-46 (VEC)
:
BARNEY HENRY,                                                   :       ORDER
:
                      Defendant.           :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on May 15, 2025, the parties appeared before the Court for a bail review hearing; and

    WHEREAS Pretrial Services recommended that Defendant be admitted to detox followed by in-patient drug treatment;

    IT IS HEREBY ORDERED that Defendant's conditions of pretrial release are modified to require him to attend detox and in-patient drug treatment as directed by Pretrial Services. Pretrial Services is permitted to suspend location monitoring during detox and in-patient drug treatment, to be followed by GPS monitoring upon Defendant's release.

    IT IS FURTHER ORDERED that the trial in this matter scheduled for Monday, June 30, 2025, at 10:00 A.M. is ADJOURNED to **Monday, September 29, 2025, at 10:00 A.M.** The trial will be held in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

    IT IS FURTHER ORDERED that the parties' deadline to file motions *in limine* is ADJOURNED from Tuesday, May 20, 2025, to **Friday, August 22, 2025**. The parties' deadline to respond to the motions *in limine* is ADJOURNED from Tuesday, June 3, 2025, to **Tuesday, September 9, 2025**.

IT IS FURTHER ORDERED that the Government's deadline to provide delayed disclosures pursuant to Rule 16(d) is ADJOURNED from Friday, May 23, 2025, to **Friday, August 22, 2025**.

IT IS FURTHER ORDERED that the parties' deadline to file proposed *voir dire* questions and requests to charge is ADJOURNED from Friday, May 30, 2025, to **Friday, August 29, 2025**.

IT IS FURTHER ORDERED that the final pretrial conference scheduled for Thursday, June 26, 2025, at 2:30 P.M. is ADJOURNED to **Thursday, September 25, 2025, at 2:30 P.M.** The conference will be held in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that the relevant deadlines concerning the parties' pretrial motions and expert disclosures will remain as provided in the Court's prior Order at Dkt. 36.

**SO ORDERED.**

Date:  May 15, 2025
       New York, NY

                                          **VALERIE CAPRONI**
                                          **United States District Judge**