```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
             -against-                      :     25-CR-46 (VEC)
:
BARNEY HENRY,                                :     ORDER
:
             Defendant.            :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 15, 2025, the parties informed the Court that Defendant intends to plead guilty pursuant to a plea agreement; and

    WHEREAS trial is scheduled to begin on September 29, 2025;

    IT IS HEREBY ORDERED that all pending deadlines and the trial scheduled for Monday, September 29, 2025, at 10:00 A.M. are ADJOURNED *sine die*;

    IT IS FURTHER ORDERED that, in lieu of the final pretrial conference, Defendant's change-of-plea hearing will take place on **Thursday, September 25, 2025, at 2:30 P.M.** The hearing will be held in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Date: September 15, 2025**
**New York, NY**

                                                                             **VALERIE CAPRONI**
                                                                             **United States District Judge**