```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                         :
                                                  :
            -against-                             :      25-CR-46 (VEC)
                                                  :
BARNEY HENRY,                                     :          ORDER
                                                  :
                        Defendant.                :
                                                  :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 15, 2025, the Court set Defendant's change-of-plea hearing for September 25, 2025, at 2:30 P.M., *see* Dkt. 55; and

WHEREAS defense counsel is no longer available at that time;

IT IS HEREBY ORDERED that Defendant's change-of-plea hearing is ADJOURNED from Thursday, September 25, 2025, at 2:30 P.M. to **Thursday, September 25, 2025, at 3:30 P.M.** The hearing will be held in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Date: September 22, 2025
      New York, NY

                                               **VALERIE CAPRONI**
                                               **United States District Judge**