USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
         -against-                                 :     25-CR-46 (VEC)
:
BARNEY HENRY,                                      :     ORDER
:
                   Defendant.        :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 25, 2025, Defendant pled guilty to Count One of the Indictment;

    IT IS HEREBY ORDERED that the parties must appear for Defendant's sentencing on **Friday, January 9, 2026, at 2:30 P.M.** The sentencing will be held in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007. The parties' sentencing submissions are due by **Tuesday, December 23, 2025**.

**SO ORDERED.**

Date:  **September 25, 2025**
        **New York, NY**

                                                              **VALERIE CAPRONI**
                                                            **United States District Judge**