UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

:

   UNITED STATES OF AMERICA        :

:          25-CR-46 (VEC)

          -against-        :

:          ORDER

   BARNEY HENRY,          :

                   Defendant.   :

:

------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:___1/6/2026___

VALERIE CAPRONI, United States District Judge:

The parties are scheduled to appear for a sentencing hearing in the above-captioned case on **Friday, January 9, 2026, at 2:30 P.M**.  Please be advised that the Court is considering imposing a sentence that would constitute an upward variance from the stipulated guideline range in this case.  The parties should be prepared to discuss whether, given evidence of premeditation, the stipulated guideline, which characterized the substantive offense that the Defendant attempted to commit as an attempted second-degree murder, is correct.  *See* 18 U.S.C. § 1111(a).

**SO ORDERED.**

Date:  **January 6, 2026**
      **New York, NY**

_____
              **VALERIE CAPRONI**
          **United States District Judge**