USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/3/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                        :

UNITED STATES OF AMERICA         :

                      :       25-CR-46 (VEC)

       -against-           :

                      :       <u>SCHEDULING ORDER</u>

BARNEY HENRY,             :

                Defendant.   :

                      :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties appear for a *Fatico* hearing on **Monday, May 4, 2026, at 2:30 P.M.**, on the question of whether there is adequate evidence of premeditation so that the stipulated guideline, which characterizes the substantive offense that the Defendant attempted to commit as an attempted second-degree murder, is incorrect. *See* 18 U.S.C. § 1111(a). The hearing will take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that any pre-hearing submissions must be filed not later than **Friday, April 24, 2026**. The Government is encouraged to produce 3500 material to Defendant not later than **Friday, April 24, 2026**.

      **SO ORDERED.**

                              _____

**Date:  March 3, 2026**                   **VALERIE CAPRONI**
**      New York, NY**               **United States District Judge**