USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   3/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                :

   UNITED STATES OF AMERICA        :

                                :             25-CR-46 (VEC)

          -against-            :

                                :         SCHEDULING ORDER

   BARNEY HENRY,                 :

                      Defendant.   :

                                :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

     IT IS HEREBY ORDERED that the *Fatico* hearing scheduled for Monday, May 4, 2026, at 2:30 P.M., *see* Dkt. 67, is ADJOURNED to **Tuesday, May 19, 2026, at 2:30 P.M.** The hearing will take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

     IT IS FURTHER ORDERED that the parties' deadline to file any pre-hearing submissions is ADJOURNED to **Friday, May 8, 2026**. The Government is encouraged to produce 3500 material to Defendant not later than **Friday, May 8, 2026**.

**SO ORDERED.**

Date:  **March 4, 2026**
       **New York, NY**

                                           **VALERIE CAPRONI**
                                     **United States District Judge**