USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/20/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                :

UNITED STATES OF AMERICA             :

        -against-            :        25-CR-46 (VEC)

                                :

BARNEY HENRY,                :        SCHEDULING ORDER

                                :

                    Defendant.   :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the parties must appear for Defendant's sentencing on

**Thursday, June 11, 2026, at 2:30 P.M.**  The sentencing will be held in Courtroom **20C** of the

Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New

York 10007.


    **SO ORDERED.**

**Date:  May 20, 2026**                      _____
      **New York, NY**                     **VALERIE CAPRONI**
                                     **United States District Judge**