USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/16/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                          :

UNITED STATES OF AMERICA           :

                                          :

         -against-                :        25-CR-46 (VEC)

                                          :

BARNEY HENRY,                 :        <u>SCHEDULING ORDER</u>

                                          :

                       Defendant.    :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Defendant's sentencing is ADJOURNED from Thursday, June 18, 2026, to **Thursday, June 25, 2026, at 10:30 A.M.** The sentencing will be held in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Date: **June 16, 2026**
     **New York, NY**

_____
               **VALERIE CAPRONI**
          **United States District Judge**